RECEIVED

NOV 21 2012

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Robert Pooler
_____
Plaintiff

#234804
_____
Inmate Number

VERSUS

N. Burl Cain, Warden of The employed of Louisiana State Penitentiary
Joe Lamartiniere, of The employed of Louisiana state Prison
Troy Poret, Warden, of The employed of Louisiana state Prison
Lt. William Rosso/ Sgt. P. Smith / Capt's Hebert/ Capt. Aymond /Col Voohries, L

(Enter above the full name of each    all Name's employed at Angola, LA, State Prison
defendant in this action.)

Electronic Filing Pilot Program

In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2011, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.    Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( )  No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _Plaintiff Robert Pooler #234804 a Prisoner at ANGOLA, LA, State Penitentiary,_

   Defendant(s): _Bobby Achord, is employed by The Department (L.S.P.) Rusty Bordelon, is employed by The Department (L.S.P.)_

2. Court (if federal court, name the district; if state court, name the parish): _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

6. Date of filing lawsuit: _____
7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
   Yes ( )    No ( )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

II.    Place of present confinement: _ANGOLA, LA State PeniTenTiary_

A. Is there a prisoner grievance procedure in this institution?
   Yes ( ✓ ) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( ✓ ) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _NUMbers 2012-1045/2012-3041/Num, 2012-2490, 2012-2493, Num, 2012-2788, Num, 2012-1497/2012-1864/2012-2553,_

2. What steps did you take? _These A.R.P First Steps Process GoTo N.BURL CAIN, WARDEN and The Second Steps Process GoTo Secretary, BoTon Rouge, LA, It Was_

3. What was the result? _It Was denied. Saying Some of These A.R.P Was drop alReadly._

D. If your answer is No, explain why not: _I will never dedied Any Persons Serious medical needs_

III.    Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) _Robert Pooler #234804,_
   Address _LSP, Camp J, GAtor 3 L-5, ANGoLA, LA, 70712._

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant N. BuRL CAin, Who ⬛ is employed as WARDEN at ANGOLA, LA, 70712

C. Additional Defendants: CApt. HEBERT, is employed as Chpt. at Angolo LA 70712 CApt. AymoNO, is employed, at AngolA, LA, sgt. Pffs SmiTh, is employed Angola Bobby Achord, is employed, at (LSP) AngolA, LA, 70712 Rusty Bordelon is employed at (L.S.P) Angola, LA 70712 coL. Voohrise is employed, at (LSP) Angola, LA, 70712

IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) PlainTiff, Pooler, states: A Claim of EXCESSIVE USE of FORCE, FoR To CAUSE HARM.

2) Plaintiff, Pooler, States: A CLAim serious mediCAL needs.

3) Plaintiff Pooler, states: A CLAim MisTreaTmENT: PRison GuARDs RetaLiAteD Against Pooler, To DROP His GRiEVANCE (ARP)s

V.    Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.  Attach no exhibits. ① I, Want The COURT To Granted
Pooler Serious medical needs That Pooler
be Treat of his injury & within This Case
② That Pooler, be Granted his motion for Temporary Restraining
-order.

VI.    Plaintiff's Declaration

1.  I understand that I am prohibited from bringing a civil action in forma pauperis if, while
I was incarcerated or detained in any facility, I have brought three or more civil actions or
appeals in a court of the United States that were dismissed on the grounds that they were
frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am
in imminent danger of serious physical injury.

2.  I understand that even if I am allowed to proceed in forma pauperis, I am responsible for
paying the entire filing fee and any costs assessed by the Court, which, after payment of the
partial initial filing fee, shall be deducted from my inmate account by my custodian in
installment payments as prescribed by law.

3.  I understand that if I am released or transferred, it is my responsibility to keep the Court
informed of my whereabouts and failure to do so may result in this action being dismissed
with prejudice.

4.  I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___19___ day of __NOVEMBER_____, 20_12_.

RoberT Pooler II
Robert Pooler 234804
Signature of plaintiff(s)